# EXHIBIT 1

2017/04/28 17:19:36    1   /3

DNA

USA Home Office

USA Home Office

--            NA

## FROM

Name: Philip Swann

Phone: 443-388-6207   Fax: 43232

E-mail: Philip.Swann@dentsplysirona.com

## TO

913214538979@dentsply.fax

913214538979

Sent: 4/28/17   at: 4:09:42 PM          3 page(s) (including cover)

Subject: State of FL, Local Dentsply Sirona - Midwest Handpiece & Bur Deals!, Dana Larkin

Comments:







### May & June 2017 Local Midwest Deals!

- Buy 1 Midwest E System, Buy 2 Midwest E attachments, Get 2 Midwest E attachments FREE!!
- Buy 2, Get 1 Free on ALL Highspeed Air Driven Handpieces, Lowspeed Air Motors, Electric Motor Systems, Electric Motors, and Attachments! 33% Savings!!
- Buy 1 "Midwest Automate" Automated Maintenance system, Get 1 Air Driven Highspeed Handpiece or Air Driven Lowspeed motor free!
- Buy 2 Lowspeed Air Driven Motor, Get 4 Attachments Free!
- Buy a min of 10 Clinic (100ct) packs of burs, Get a same amount of packs purchased free!! 50% Savings!!

### CONTACT LOCAL EXECUTIVE MIDWEST SPECIALIST

### DANA LARKIN

Cell: (813) 230-1804
Email: Dana.Larkin@dentsplysirona.com