## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**FLORIDA PROSTHODONTICS, P.A.,**
**a Florida corporation, individually and on**
**behalf of all others similarly situated,**

      **Plaintiff,**

**vs.**                      **Case No: 6:17-cv-00899-RBD-GJK**

**DENTSPLY SIRONA, INC., a Delaware**
**corporation,**

      **Defendant.**
_____/

## DENTSPLY SIRONA, INC.'S CERTIFICATE OF
## INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, DENTSPLY SIRONA, INC., ("Dentsply"), by and through the undersigned attorneys, hereby provides its certificate of interested persons and corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and the Court's Order on Interested Persons and Corporate Disclosure (DE 4):

1.     **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

> Dentsply Sirona, Inc., Defendant. Dentsply Sirona, Inc. is a publicly traded company that has no parent corporation and no publicly held company owns 10% or more of its stock.

> Manatt, Phelps & Phillips, LLP, counsel for Dentsply Sirona, Inc.

1

Christine Reilly, Esquire, counsel for Dentsply Sirona, Inc.

Diana Eisner, Esquire, counsel for Dentsply Sirona, Inc.

Greenspoon Marder P.A., counsel for Dentsply Sirona, Inc.

Jeffrey A. Backman, Esquire, counsel for Dentsply Sirona, Inc.

Brian R. Cummings, Esquire, counsel for Dentsply Sirona, Inc.

Florida Prosthodontics, P.A., Plaintiff

Daniel F. Dill, counsel for Plaintiff

Law Offices of Daniel F. Dill, counsel for Plaintiff

**2.)  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

To Dentsply's knowledge, there are no other entities whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

**3.)  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

To Dentsply's knowledge, there are no other entities likely to be an active participant in the proceedings.

**4.)  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

At this time, other than the persons listed in paragraph 1, Dentsply is not aware of any other persons who may be entitled to restitution.

2

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: June 20, 2017                    Respectfully submitted,

                                        GREENSPOON MARDER, P.A.

                                        */s/ Jeffrey S. Backman*
                                        JEFFREY A. BACKMAN, ESQ.
                                        Fla. Bar No. 662501
                                        jeffrey.backman@gmlaw.com
                                        200 East Broward Blvd., Suite 1800
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 491-1120
                                        Facsimile: (954) 213-0140

                                        BRIAN R. CUMMINGS, ESQ.
                                        Fla. Bar No. 25854
                                        brian.cummings@gmlaw.com
                                        401 E. Jackson Street, Suite 1825
                                        Tampa, FL 33602
                                        Telephone: (813) 769-7020
                                        Facsimile: (813) 426-8582

                                        MANATT, PHELPS & PHILLIPS, LLP
                                        Christine M. Reilly (*Pro hac vice* forthcoming)
                                        Diana L. Eisner (*Pro hac vice* forthcoming)
                                        11355 W. Olympic Blvd.
                                        Los Angeles, CA 90064
                                        Tel. (310) 312-4000
                                        Fax. (310) 312-4224
                                        CReilly@manatt.com
                                        DEisner@manatt.com

                                        *COUNSEL FOR DEFENDANT*

3

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 20th day of June, 2017.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.


/s/ Jeffrey S. Backman_____
JEFFREY A. BACKMAN, ESQ.

### SERVICE LIST

Daniel F. Dill
Law Offices of Daniel F. Dill
350 E Pine St
Orlando, FL 32801
407/367-0278, ext. 203
Fax: 407/206-3297
lkolb@dilllawgroup.com

*COUNSEL FOR PLAINTIFF*