**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORIDA PROSTHODONTICS, P.A.,**
a Florida corporation, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                                            Case No: 6:17-cv-00899-RBD-GJK

**DENTSPLY SIRONA, INC.,** a Delaware
corporation,

    Defendant.
_____/

## UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant, DENTSPLY SIRONA, INC. ("Dentsply"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 3.01(a), hereby moves unopposed for an additional extension of time to respond to the Complaint [DE 1] of Plaintiff, FLORIDA PROSTHODONTICS, P.A. ("Plaintiff"), to facilitate ongoing settlement discussions without additional legal expenses, and as grounds states:

1. Plaintiff filed this action on May 18, 2017, asserting claims against Dentsply for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

2. Although Dentsply's response to the Complaint was originally due on or before June 15, 2017, Dentsply had just then retained counsel and sought an unopposed extension of time to respond to the Complaint until July 31 to facilitate admission *pro hac vice* for Dentsply's out-of-state lead counsel, as well as investigate the underlying facts alleged and assess early settlement.

3. Upon this Court's Order granting their applications for admission *pro hac vice*, Dentsply's counsel commenced settlement negotiations with Plaintiff's counsel and informally produced documents relating to Plaintiff's claims that are presently being reviewed by Plaintiff's counsel.

4. Dentsply seeks an additional brief extension of time to file a response to Plaintiff's Complaint – two weeks – in order to facilitate the continued settlement negotiations between the parties that could resolve this action without further legal expense or judicial labor.

5. Dentsply does not seek the requested extension for purposes of delay, and Plaintiff's counsel consents to the requested additional extension of time.

6. Accordingly, Dentsply moves unopposed for an additional extension of fourteen (14) days to respond to Plaintiff's Complaint, up to and including **August 14, 2017.**

## MEMORANDUM OF LAW

A party seeking an extension of time to complete an act that must be done within a specified time may, upon a showing of good cause, obtain an extension of time from the Court upon motion made before the expiration of time to act expires. Fed. R. Civ. P. 6(b)(1)(A). The deadline for Dentsply to file a response to the Complaint is July 31, 2017, so Dentsply makes this request before the expiration of the time to act. Having previously been granted an unopposed extension of time to respond to the Complaint, Dentsply seeks an additional extension of time for a period of fourteen (14) days to enable the parties to focus on serious settlement negotiations that could resolve this action entirely. As such, the requested extension would promote efficiency by avoiding incurring legal expenses in preparing a responsive pleading, which may entail the filing of motion to dismiss under Fed.R.Civ.P. 12(b) necessitating further

legal expenses and judicial labor that would be unnecessary if this case is settled. Accordingly, good cause exists for the requested extension, which is not opposed by Plaintiff.

## RELIEF REQUESTED

WHEREFORE, Defendant, DENTSPLY SIRONA, INC., respectfully requests an additional extension of time of FOURTEEN (14) DAYS to respond to the Complaint in this action, or by August 14, 2017.

DATED: July 28, 2017                    Respectfully submitted,


*/s/ Diana L. Eisner*
DIANA L. EISNER
Admitted *pro hac vice*
DEisner@Manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
1050 Connecticut Avenue NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 585-6500
Facsimile: (202) 637-1576

CHRISTINE M. REILLY
Admitted *pro hac vice*
CReilly@Manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

JEFFREY A. BACKMAN, ESQ.
Fla. Bar No. 662501
jeffrey.backman@gmlaw.com
**GREENSPOON MARDER, P.A.**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140

BRIAN R. CUMMINGS, ESQ.
Fla. Bar No. 25854

3

31452619v1

brian.cummings@gmlaw.com
**GREENSPOON MARDER, P.A.**
401 E. Jackson Street, Suite 1825
Tampa, FL 33602
Telephone: (813) 769-7020
Facsimile: (813) 426-8582

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 28th day of July, 2017.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*/s/ Diana L. Eisner*
DIANA L. EISNER

**SERVICE LIST**

Daniel F. Dill
Law Offices of Daniel F. Dill
350 E Pine St.
Orlando, FL 32801
Telephone: (407) 367-0278, ext. 203
Facsimile: (407) 206-3297
Email: lkolb@dilllawgroup.com

*COUNSEL FOR PLAINTIFF*

319072186.1

31452619v1