**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORDIA**
**ORLANDO DIVISION**

FLORDIA PROSTHODONTICS, P.A.,
a Florida corporation, individually
and on behalf of all others similarly situated,

        Plaintiff,

v.                                  Case No. 6:17-cv-00899-RBD-GJK

DENTSPLY SIRONA, INC., a Delaware
Corporation,

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 2.02 of the Local Rules for the United States District Court, Middle District of Florida, Plaintiff, Florida Prosthodontics, P.A., respectfully requests, that this court permit Kas L. Gallucci of the Law Offices of Ronald A. Marron, 651 Arroyo Drive, San Diego, CA 92103, to appear and practice in the above-entitled lawsuit as counsel for Plaintiff, Florida Prosthodontics. Florida Prosthodontics submits the following in support of this motion.

1.     Kas L. Gallucci is a member in good standing of the bars of the following courts:

    a. State Bar of California: 1/16/2013

    b. United States District Court, Southern District of California: 2/12/13 (and attached hereto as Exhibit A is a true and correct copy of a Certificate of Good Standing from the Southern District of California)

    c.  United States District Court, Central District of California: 3/1/13

    d. United States District Court, Northern District of California: 1/2/15

    e. United States District Court, Eastern District of Michigan: 5/3/16

    f. United States District Court, Eastern District of Wisconsin: 5/17/16

  2. Kas L. Gallucci is a member in good standing in every jurisdiction where she has been admitted, and there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

  3. The appearance and active participation of Kas L. Gallucci is necessary for the thorough and effective representation of Florida Prosthodontics in this matter.

  4. Kas L. Gallucci is familiar with, and will be governed by the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Kas L. Gallucci is familiar with, and will be governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

  5. Pursuant to Local Rule 2.02, Kas L. Gallucci, designates Daniel F. Dill of the Law Offices of Daniel F. Dill, 350 E. Pine Street, Orlando, FL 32801, as the Florida Lawyer and law firm upon whom all notice and papers may be served and who will be responsible for monitoring the progress of this case.

  6. Through the signature affixed below, Daniel F. Dill of the Law Offices of Daniel F. Dill hereby consents to such designation.

## **MEMORANDUM OF LAW**

  Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida provides for the Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice and the form attached hereto comply with the requirements of Local Rule 2.02.

**WHEREFORE,** Florida Prosthodontics respectfully requests the Court grant this Motion to Appear *Pro Hac Vice* on behalf of Kas L. Gallucci.

Dated: August 18, 2017
*s/ Daniel F. Dill*
DANIEL F. DILL
**Law Offices of Daniel F. Dill**
350 E. Pine Street
Orlando, FL 32801
*lkolb@dilllawgroup.com*
(407)-367-0278, ext. 203

*s/ Kas L. Gallucci*
KAS L. GALLUCCI (PRO HAC VICE PENDING)
**Law Offices of Ronald A. Marron**
651 Arroyo Drive
San Diego, CA 92103
*kas@consumersadvocates.com*

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that Kas L. Gallucci was duly admitted to practice in said Court on 02/13/2013, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on     7/26/17

**JOHN MORRILL, Clerk of Court**

By: s/ K. Martin-Brown

K. Martin-Brown, Deputy

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 18th day of August, 2017. I also certify the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*s/ Daniel F. Dill*

Service List

Brian R. Cummings
Greenspoon Marder, PA
401 E Jackson St Ste 1825
Tampa, FL 33602-5841
813/768-7020
Fax: 813/426-8580
Email: brian.cummings@gmlaw.com

Christine M. Reilly
Manatt, Phelps & Phillips, LLP
11355 W Olympic Blvd
Los Angeles, CA 90064
310/312-4237
Fax: 310/996-7037
Email: creilly@manatt.com

Diana L. Eisner
Manatt, Phelps & Phillips, LLP
Suite 1100
700 12th St NW
Washington, DC 20005-4075
202/585-6576
Fax: 202/585-6000
Email: deisner@manatt.com

Jeffrey Aaron Backman
Greenspoon Marder, PA - Corporate
Ste 1800
200 E Broward Blvd
Ft Lauderdale, FL 33301
954/491-1120
Fax: 407/771-9264
Email: jeffrey.backman@gmlaw.com

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA
ORLANDO DIVISION**

FLORDIA PROSTHODONTICS, P.A.,
a Florida corporation, individually
and on behalf of all others similarly situated,

        Plaintiff,

v.                                      Case No. 6:17-cv-00899-RBD-GJK

DENTSPLY SIRONA, INC., a Delaware
Corporation,

        Defendant.

## **ORDER GRANTING ADMISSION *PRO HAC VICE***

THIS CAUSE having come before the Court upon the Motion for Admission *Pro Hac Vice* of Kas L. Gallucci and the Court having reviewed the pleadings, considered argument of counsel, and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that:

1.    Attorney Kas L. Gallucci be admitted *pro hac vice* for the limited purpose of representing the Plaintiff in this matter.

                                                        _____
                                                        Judge