UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLORIDA PROSTHODONTICS, P.A., a Florida corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 6:17-cv-899-RBD-GJK |

**UNOPPOSED MOTION FOR CONTINUATION OF PRELIMINARY PRETRIAL CONFERENCE**

**[DKT. NO. 34]**

Plaintiff, Florida Prosthodontics, P.A. ("Plaintiff") by and through the undersigned counsel, hereby moves for a one-week continuation of the Preliminary Pretrial Conference, from September 11, 2017 until September 18, 2017, or another date convenient for the Court.

1. On August 31, 2017, this Court issued a Notice of Hearing setting the Preliminary Pretrial Conference for September 11, 2017 at 2:15 p.m. in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. [Dkt. No. 34].

2. Plaintiff's counsel respectfully requests the Court continue the hearing by one week (until September 18, 2017, or another date convenient for the Court) due to Plaintiff's Counsel's unavailability for the September 11, 2017 hearing. Plaintiff's counsel is scheduled to return to California from an international trip that day and also

has two previously scheduled hearings on September 12, 2017 in the Southern District of California (one is telephonic and one is in person).

3. Plaintiff's counsel has met and conferred with counsel for Defendant regarding the requested relief.  Defendant said it would not oppose Plaintiff's request and also indicated that, at present, counsel for Defendant was also available on September 18, 2017.

4. Neither party will be prejudiced by this brief extension.

5. Plaintiff represents that this extension is not being sought for any improper purpose.

6. Accordingly, Plaintiff hereby respectfully requests that this Court grant Plaintiff's Unopposed Motion for Continuation of the Preliminary Pretrial Order.

Dated: September 1, 2017.

*/s/ Kas L. Gallucci* (pro hac vice)
Kas L. Gallucci (pro hac vice)
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
Tel: 619-696-9006
Fax: 619-564-6665
kas@consumersadvocates.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which was delivered to all CM/ECF users via transmission of a Notice of Electronic Filing.

/s/ Kas L. Gallucci