UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA PROSTHODONTICS, P.A., a
Florida corporation, individually and on
behalf of all others similarly situated,

          Plaintiff,

   v.

DENTSPLY SIRONA, INC., a Delaware
corporation,

          Defendant.

Case No. 6:17-cv-899-RBD-GJK

### NOTICE OF MEDIATION SELECTION

Plaintiff Florida Prosthodontics, P.A. ("Plaintiff") and defendant Dentsply Sirona Inc. ("Defendant") (collectively, the "Parties") have met and conferred through counsel and have agreed to schedule a private mediation with Judge Carl J. West (Ret.) of JAMS in Los Angeles, California. The Parties will select an agreed upon date for the mediation in the future and will advise the Court of the date. The Parties acknowledge that pursuant to the Court's Scheduling Order (Dkt. No. 40) the mediation must be conducted no later than September 21, 2018.

Date: October 26, 2017.

/s/ Kas L. Gallucci   (pro hac vice)
     Kas L. Gallucci (pro hac vice)

     Law Offices of Ronald A. Marron
     651 Arroyo Drive
     San Diego, CA 92103
     Tel: 619-696-9006
     Fax: 619-564-6665

/s/ Diana L. Eisner (pro hac vice)
     Christine M. Reilly (pro hac vice)
     Diana L. Eisner (pro hac vice)
     Manatt, Phelps & Phillips LLP
     11335 W. Olympic Blvd.
     Los Angeles, CA 90064
     Tel.: 310-312-4237
     Fax: 310-996-7037

kas@consumersadvocates.com

creilly@manatt.com
deisner@manatt.com

*Counsel for Plaintiff*

*Counsel for Defendant*


## CERTIFICATION OF APPROVAL OF CONTENT

I, Kas L. Gallucci, counsel for Plaintiff in the above-captioned matter, hereby certify that the required parties have approved and accepted the content of the Notice of Mediation Selection, and that I have obtained authorization from Diana L. Eisner, counsel for Defendant, to use her electronic signatures on this document.


Dated: October 26, 2017

/s/ *Kas L. Gallucci*

Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which was delivered to all CM/ECF users via transmission of a Notice of Electronic Filing.

/s/ Kas L. Gallucci


319419992.1