UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLORIDA PROSTHODONTICS, P.A., a Florida corporation, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENTSPLY SIRONA, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 6:17-cv-899-RBD-GJK |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER FOR JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Florida Prosthodontics, P.A. hereby gives written notice of its acceptance of Defendant Dentsply Sirona, Inc.'s December 19, 2017 Offer of Judgment Pursuant to Fed. R. Civ. Proc. 68, a true and correct copy of which is attached hereto as Exhibit A.

Plaintiff accepts Defendant's offer of judgment in the amount of $10,000 as its statutory damages, and accepts that Defendant agrees to not send facsimile advertisements to Plaintiff in violation of the TCPA.

Wherefore, Plaintiff requests:

a. That the Clerk of the Court enter a Judgment in this matter against Defendant for Plaintiff in the amount of $10,000; and,

b. For upon petition by Plaintiff for the Court to determine and enter an award of

costs.

Dated: January 2, 2018.                Respectfully submitted,

                                       */s/ Kas L. Gallucci* (pro hac vice)
                                       Kas L. Gallucci (pro hac vice)
                                       Law Offices of Ronald A. Marron
                                       651 Arroyo Drive
                                       San Diego, CA 92103
                                       Tel: 619-696-9006
                                       Fax: 619-564-6665
                                       kas@consumersadvocates.com
                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which was delivered to all CM/ECF users via transmission of a Notice of Electronic Filing.

                                       /s/_Kas L. Gallucci

**EXHIBIT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLORIDA PROSTHODONTICS, P.A., individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>-against-<br><br>DENTSPLY SIRONA, INC.<br><br>   Defendant. | CASE NO. 6:17-cv-899-ORL-370-GFK<br><br>Complaint Filed: May 18, 2017 |

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. PROC. 68**

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Dentsply Sirona, Inc. ("Dentsply") hereby offers to allow judgment to be entered against it in favor of plaintiff Florida Prosthodontics, P.A. ("Plaintiff"), in the above-referenced action (the "Action").

2. The offer amount is $10,000, which is substantially more than the maximum statutory relief available to Plaintiff under the Telephone Consumer Protection Act ("TCPA").

3. Dentsply further agrees not to send facsimile advertisements to Plaintiff in violation of the TCPA.

4. This offer of judgment awards Plaintiff more than complete relief and is intended to fully resolve the individual claims of Plaintiff asserted in this Action or which could have been asserted in this Action.

5. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer of judgment is timely made.

6. Plaintiff is hereby on notice that if it does not accept this offer and persists in

litigating this matter, and if the judgment that it finally obtains after litigating this matter to the fullest is not more than the unaccepted offer, Plaintiff will be responsible for paying Dentsply's costs incurred in this litigation.

7. This offer of judgment is made for purposes of Rule 68 of the Federal Rules of Civil Procedure only and shall not constitute or otherwise be construed as an admission of liability in any respect.

Dated: December 19, 2017              DENTSPLY SIRONA, INC.

By: */s/ Christine M. Reilly*
    Christine M. Reilly *(Pro Hac Vice)*
    Diana Eisner *(Pro Hac Vice)*
    MANATT, PHELPS & PHILLIPS, LLP
    11355 West Olympic Boulevard
    Los Angeles, CA  90064-1614
    Tele:  (310) 312-4000
    CReilly@manatt.com
    DEisner@manatt.com

*Attorneys for Defendant*
Dentsply Sirona, Inc.