UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA PROSTHODONTICS, P.A.,

    Plaintiff,

v.                                    Case No. 6:17-cv-899-Orl-37GJK

DENTSPLY SIRONA, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer for Judgment (Doc. 44 ("**Notice**")), indicating that this case has settled.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. All pending motions are denied as moot and all deadlines are terminated.

2. Under Federal Rule of Civil Procedure 68(a), the Clerk is **DIRECTED** to enter judgment for Plaintiff Florida Prosthodontics, P.A., and against Defendant Dentsply Sirona, Inc., in the amount of $10,000 plus costs accrued.

3. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Chambers in at Orlando, Florida on January 3, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record