AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Florida Prosthodontics, P.A. | ) | |
|---|---|---|
| v. | ) | Case No.: 6:17-cv-899-Orl-37GJK |
| Dentsply Sirona, Inc. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __01/04/2018__ against __Defendant Dentsply Sirona__,
                                                                           *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  Complaint, Dkt. 1($400); Pro Hac Vice for Gallucci, Dkts. 28, 30 ($150) . . . . . . $ | 550.00 |
| Fees for service of summons and subpoena  Service of Summons and Complaint ($195) . . . . . . . | 195.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL    $ | 745.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:  Kas Gallucci

Name of Attorney:  Kas Gallucci, Attorney for Plaintiff

For:  Plaintiff Florida Prosthodontics, P.A.          Date:  01/17/2018
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*     *Deputy Clerk*     *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

CLOSED, MEDIATION

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:17-cv-00899-RBD-GJK

Florida Prosthodontics, P.A. v. Dentsply Sirona, Inc.  
Assigned to: Judge Roy B. Dalton, Jr.  
Referred to: Magistrate Judge Gregory J. Kelly  
Cause: Restrictions on Use of Telephone Equipment  

Date Filed: 05/18/2017  
Date Terminated: 01/04/2018  
Jury Demand: Both  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Florida Prosthodontics, P.A.**
*a Florida corporation, individually and on behalf of all others similarly situated*

represented by **Daniel F. Dill**
Law Offices of Daniel F. Dill
350 E Pine St
Orlando, FL 32801
407/367-0278, ext. 203
Fax: 407/206-3297
Email: lkolb@dilllawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kas L. Gallucci**
Law Offices of Ronald A. Marron
651 Arroyo Dr
San Diego, CA 92103
619/696-9006
Fax: 619/564-6665
Email: kas@consumersadvocates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dentsply Sirona, Inc.**
*a Delaware corporation*

represented by **Brian R. Cummings**
Greenspoon Marder, PA
401 E Jackson St Ste 1825
Tampa, FL 33602-5841
813/768-7020
Fax: 813/426-8580
Email: brian.cummings@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine M. Reilly**
Manatt, Phelps & Phillips, LLP
11355 W Olympic Blvd
Los Angeles, CA 90064

310/312-4237
Fax: 310/996-7037
Email: creilly@manatt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diana L. Eisner**
Manatt, Phelps & Phillips, LLP
Suite 1100
700 12th St NW
Washington, DC 20005-4075
202/585-6576
Fax: 202/585-6000
Email: deisner@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Aaron Backman**
Greenspoon Marder, PA - Corporate
Ste 1800
200 E Broward Blvd
Ft Lauderdale, FL 33301
954/491-1120
Fax: 407/771-9264
Email: jeffrey.backman@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Gissy Saft**
Greenspoon Marder, PA
201 E Pine St Ste 500
Orlando, FL 32801-2718
407/425-6559
Fax: 407/422-6583
Email: kate.saft@gmlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2017 | 1 | COMPLAINT against Dentsply Sirona, Inc. with Jury Demand (Filing fee $ 400 receipt number ORL-63716) filed by Florida Prosthodontics, P.A.. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(LMM) (Entered: 05/19/2017) |
| 05/18/2017 | 2 | SUMMONS issued as to Dentsply Sirona, Inc. (LMM) (Entered: 05/19/2017) |
| 05/23/2017 | 3 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 6/6/2017. Signed by Deputy Clerk on 5/23/2017. (Attachments: # 1, # 2, # 3 )(VMF)(ctp)** (Entered: 05/23/2017) |
| 05/23/2017 | 4 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 6/6/2017. Signed by Judge Roy B. Dalton, Jr. on 5/23/2017. (VMF)(ctp)** (Entered: 05/23/2017) |
| 06/06/2017 | 5 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Interested |

| | | |
|---|---|---|
| | | persons order by Florida Prosthodontics, P.A.. (Dill, Daniel) (Entered: 06/06/2017) |
| 06/06/2017 | 6 | NOTICE of pendency of related cases re 3 Related case order and track 2 notice per Local Rule 1.04(d) by Florida Prosthodontics, P.A. Related case(s): yes (Dill, Daniel) Modified on 6/6/2017 (LMM). (Entered: 06/06/2017) |
| 06/06/2017 | 7 | CERTIFICATE of service by Florida Prosthodontics, P.A. . (Dill, Daniel) Modified on 6/6/2017 (LMM). **REFILED USING CORRECT EVENT CODE AT 8 ** (Entered: 06/06/2017) |
| 06/06/2017 | 8 | RETURN of service executed on 5/25/2017 by Florida Prosthodontics, P.A. as to Dentsply Sirona, Inc. (LMM) Modified on 6/6/2017 (LMM). (Entered: 06/06/2017) |
| 06/09/2017 | 9 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Dentsply Sirona, Inc.. (Backman, Jeffrey) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/09/2017) |
| 06/12/2017 | 10 | **ENDORSED ORDER granting 9 Unopposed Motion for Extension of Time for Defendant to Respond to Complaint. Dentsply Sirona, Inc.'s answer or response to 1 Plaintiff's complaint is due on July 31, 2017. Signed by Magistrate Judge Gregory J. Kelly on 6/12/2017. (DWG)** (Entered: 06/12/2017) |
| 06/14/2017 | 11 | Remark: Doc. 5 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 6/11/2017. (SN) (Entered: 06/14/2017) |
| 06/20/2017 | 12 | MOTION for Christine M Reilly to appear pro hac vice by Dentsply Sirona, Inc.. (Backman, Jeffrey) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/20/2017) |
| 06/20/2017 | 13 | MOTION for Diana L Eisner to appear pro hac vice by Dentsply Sirona, Inc.. (Backman, Jeffrey) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/20/2017) |
| 06/20/2017 | 14 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Interested persons order by Dentsply Sirona, Inc.. (Backman, Jeffrey) (Entered: 06/20/2017) |
| 06/20/2017 | 15 | NOTICE of pendency of related cases re 3 Related case order and track 2 notice per Local Rule 1.04(d) by Dentsply Sirona, Inc.. Related case(s): NO (Backman, Jeffrey) (Entered: 06/20/2017) |
| 06/21/2017 | 16 | **ORDER denying 12 and 13 Motions for Admission Pro Hac Vice. Defendant may file a renewed motion with supporting evidence of Ms. Reilly and Ms. Eisner's membership in a federal district court. Signed by Magistrate Judge Gregory J. Kelly on 6/21/2017. (DWG)** (Entered: 06/21/2017) |
| 06/22/2017 | 17 | Remark: Doc. 14 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 6/22/2017. (SN) (Entered: 06/22/2017) |
| 06/23/2017 | 18 | MOTION for Christine M Reilly to appear pro hac vice by Dentsply Sirona, Inc.. (Backman, Jeffrey) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/23/2017) |
| 06/23/2017 | 19 | MOTION for Diana L Eisner to appear pro hac vice by Dentsply Sirona, Inc.. (Backman, Jeffrey) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/23/2017) |
| 06/23/2017 | 20 | **ORDER granting 18 and 19 Motions for Admission Pro Hac Vice. Signed by Magistrate Judge Gregory J. Kelly on 6/23/2017. (DWG)** (Entered: 06/23/2017) |
| 07/03/2017 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Diana L. Eisner, appearing on behalf of Dentsply Sirona, Inc. (Filing fee $150 |

| | | |
|---|---|---|
| | | receipt number ORL-64856.) Related document: 19 MOTION for Diana L Eisner to appear pro hac vice. (LMM) (Entered: 07/03/2017) |
| 07/03/2017 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Christine M. Reilly, appearing on behalf of Dentsply Sirona, Inc. (Filing fee $150 receipt number ORL-64858.) Related document: 18 MOTION for Christine M Reilly to appear pro hac vice. (LMM) (Entered: 07/03/2017) |
| 07/28/2017 | 21 | Unopposed MOTION for Additional 14 day Extension of Time to File Answer re 1 Complaint by Dentsply Sirona, Inc. (Eisner, Diana) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 7/28/2017 (LMM). (Entered: 07/28/2017) |
| 08/01/2017 | 22 | **ENDORSED ORDER granting 21 Unopposed Motion for Additional Extension of Time for Defendant to Respond to Complaint. While the Court favors compromise and settlement, it is not good cause to delay these proceedings. Nevertheless, the Court will grant an additional extension of time in this instance. Dentsply Sirona, Inc.'s answer or response to 1 Plaintiff's Complaint is due on August 14, 2017. Absent exceptional circumstances no additional extensions of time will be granted. Signed by Magistrate Judge Gregory J. Kelly on 8/1/2017.** (DWG) (Entered: 08/01/2017) |
| 08/14/2017 | 23 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Dentsply Sirona, Inc..(Eisner, Diana) (Entered: 08/14/2017) |
| 08/15/2017 | 24 | Consent MOTION to extend time to file motion for class certification by Florida Prosthodontics, P.A.. (Dill, Daniel) Motions no longer referred to Magistrate Judge Gregory J. Kelly. Modified on 8/16/2017 (LMM). (Entered: 08/15/2017) |
| 08/16/2017 | 25 | **ORDER granting 24 Motion to extend time. Signed by Judge Roy B. Dalton, Jr. on 8/16/2017.** (VMF) (Entered: 08/16/2017) |
| 08/17/2017 | 26 | Joint MOTION to Appear Telephonically *at Case Management Conference* by Florida Prosthodontics, P.A.. (Dill, Daniel) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 08/17/2017) |
| 08/17/2017 | 27 | **ENDORSED ORDER granting 26 Agreed Motion for Leave to Appear Telephonically at Case Management Conference, provided that the parties agree on the essentials of the case management report. Otherwise, the parties shall appear in person. Signed by Magistrate Judge Gregory J. Kelly on 8/17/2017.** (DWG) (Entered: 08/17/2017) |
| 08/18/2017 | 28 | MOTION for Kas L. Gallucci to appear pro hac vice by Florida Prosthodontics, P.A.. (Dill, Daniel) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 08/18/2017) |
| 08/21/2017 | 29 | MOTION for Ronald A. Marron to appear pro hac vice by Florida Prosthodontics, P.A.. (Dill, Daniel) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 08/21/2017) |
| 08/21/2017 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kas L. Gallucci, appearing on behalf of Florida Prosthodontics, P.A. (Filing fee $150 receipt number ORL-66366.) Related document: 28 MOTION for Kas L. Gallucci to appear pro hac vice. (LMM) (Entered: 08/22/2017) |
| 08/22/2017 | 30 | **ORDER granting 28 Motion for Admission Pro Hac Vice. Signed by Magistrate Judge Gregory J. Kelly on 8/22/2017.** (DWG) (Entered: 08/22/2017) |
| 08/24/2017 | 31 | **ORDER denying 29 Motion for Admission Pro Hac Vice. Signed by Magistrate Judge Gregory J. Kelly on 8/24/2017.** (DWG) (Entered: 08/24/2017) |
| 08/24/2017 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed |



# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:17-CV-899-ORL-37-GJK

Plaintiff:
**Florida Prosthodontics, PA, a Florida corporation, individually and on behalf of all others similarly situated**
vs.
Defendant:
**Dentsply Sirona, Inc., a Delaware corporation**

MIC2017007749

For: Daniel Dill, Esq.
The Dill Law Group

Received by EAGLE LEGAL SERVICES on the 23rd day of May, 2017 at 3:30 pm to be served on **Dentsply Sirona, Inc. c/o Corporation Service Company, 271 Centerville Rd., Suite 400, Wilmington, DE 19080.** I, _Carmen J. Rederamo_, being duly sworn, depose and say that on the _25th_ day of _May_, 2017 at _8:30a.m._, executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S CLASS ACTION COMPLIANT AND DEMAND FOR JURY TRIAL, EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, who does reside therein who is 15 years old of age or older.

(x) CORPORATE SERVICE: By serving _Lynne Anne Gares_ as _Litigation management services leader_.

( ) POSTED SERVICE: After attempting service on ___/___ at ___ and on ___/___ at ___ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE For 6:17-CV-899-ORL-37-GJK

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that I have read the Foregoing Return of Service and that the facts stated in it are true. F.S.92.525(2).

Subscribed and Sworn to before me on the 25th day of May, 2017 by the affiant who is personally known ✓ or produced identification _____ to me. Type of identification:

_____
NOTARY PUBLIC

_____
Commission Stamp/Seal

PROCESS SERVER # _____
Appointed in accordance with State Statutes

EAGLE LEGAL SERVICES
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380

Our Job Serial Number: 2017007749
Ref: Florida Prosthodontics vs Dentsply Siron

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e

EAGLE LEGAL SERVICES  
424 E. Central Blvd.  
#337  
Orlando, FL 32801  
Phone: (407) 857-8380  
Fax: (407) 251-9274  
20-4853290

# INVOICE



Invoice #MIC-2017007749  
5/31/2017



Daniel Dill, Esq.  
The Dill Law Group  
350 E. Pine Street  
Orlando, FL 32801

Reference Number: Florida Prosthodontics vs Dentsply Siron  
Your Contact: Kelly  
**Case Number: 6:17-CV-899-ORL-37-GJK**

Plaintiff:  
**Florida Prosthodontics, PA, a Florida corporation, individually and on behalf of all others similarly situated**

Defendant:  
**Dentsply Sirona, Inc., a Delaware corporation**

Received: 5/23/2017   Served: 5/25/2017 8:30 am   FLORIDA CORPORATION  
To be served on: Dentsply Sirona, Inc. c/o Corporation Service Company

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Nationwide) DE | 1.00 | 195.00 | 195.00 |
| TOTAL CHARGED: | | | $195.00 |

**BALANCE DUE:** $195.00

CHECK OUT OUR WEBSITE! - www.eaglelegalservices.com

You can pay online (All major credit/debit cards and PayPal accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!

Please make checks payable to: **EAGLE LEGAL SERVICES**. Tax ID - 20-4853290.

**LATE PAYMENT POLICY** - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Page 1 / 1

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e