UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA PROSTHODONTICS, P.A.,**
a Florida corporation, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                    Case No: 6:17-cv-00899-RBD-GJK

**DENTSPLY SIRONA INC.,** a Delaware
corporation,

    Defendant.
_____/

**STIPULATED FINAL JUDGMENT**

Pursuant to the Court's Order Dismissing Case (Dkt. 45), the parties hereby stipulate and agree to the following Final Judgment:

Judgment is hereby entered in favor of Plaintiff and against Defendant in the total sum of $10,745.00, which includes recoverable costs then accrued up to the date of Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment; and further, Defendant is hereby enjoined from sending unsolicited fax advertisements to Plaintiff in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

With respect to certain subscriber information and data that may have been produced by Defendant during the course of the litigation (the "Subscriber Information"), Plaintiff and Plaintiff's counsel represent and warrant that they (1) have not and will not share Subscriber Information with any third parties; (2) they have not and will not attempt to ascertain the name, address, telephone or facsimile number(s) or contact information or any other information associated with the Subscriber Information, through reverse skip tracing or otherwise; (3) they

have not contacted or attempted to contact any of the subscribers of the Subscriber Information; (4) they will not use the Subscriber Information for any purpose; (5) within 7 days of entry of this Judgment, they will destroy any documents containing or derived from the Subscriber Information (and any copies or backups thereof), and (6) will confirm in writing to Defendant's counsel that all such documents have been destroyed.

    IT IS SO STIPULATED AND ORDERED. Upon entry of this Judgment, this case shall be DISMISSED with prejudice to the Plaintiff's individual claims and without prejudice as to the putative class claims. Each party to bear their own fees and costs.

SO STIPULATED.

Dated: February 27, 2018    MANATT, PHELPS & PHILLIPS LLP

_____
Christine M. Reilly (admitted pro hac vice)
Diana L. Eisner (admitted pro hac vice)
11355 W. Olympic Blvd.
Los Angeles, CA 90064
CReilly@manatt.com
DEisner@manatt.com
*Attorneys for Defendant,*
Dentsply Sirona, Inc.

Dated: February 27, 2018    LAW OFFICES OF RONALD A. MARRON

/s/ Kas L. Gallucci
Kas L. Gallucci (admitted pro hac vice)
651 Arroyo Drive
San Diego, California 92103
kas@consumersadvocates.com
*Attorneys for Plaintiff,*
Florida Prosthodontics, P.A.

|  |  |
|---|---|
|  | DILL LAW GROUP |
| Dated:   February 27, 2018 | /s/ Daniel F. Dill<br>Daniel F. Dill<br>Florida Bar Identification No. 056405<br>350 E. Pine Street<br>Orlando, FL 32801<br>ddill@dilllawgroup.com<br>*Attorneys for Plaintiff,*<br>Florida Prosthodontics, P.A. |

**SO ORDERED.**

Dated: _____, 2018

_____
Honorable Roy B. Dalton
United States District Judge