UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA PROSTHODONTICS, P.A.,

        Plaintiff,

v.                                            Case No:   6:17-cv-899-Orl-37GJK

DENTSPLY SIRONA, INC.,

        Defendant.

## FINAL JUDGMENT

This cause is before the Court on the parties' Stipulated Final Judgment (Doc. 49), filed February 27, 2018. Upon consideration, the Court **APPROVES** the stipulated final judgment and **ORDERS** as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant in the total sum of **$10,745.00**, which includes recoverable costs then accrued up to the date of Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment (Doc. 46).

2. Defendant is hereby enjoined from sending unsolicited fax advertisements to Plaintiff in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

3. With respect to certain subscriber information and data that may have been produced by Defendant during the course of the litigation ("**Subscriber Information**"), Plaintiff and Plaintiff's counsel represent and warrant that they:

    a.    have not and will not share Subscriber Information with any third parties;

    b.    have not and will not attempt to ascertain the name, address, telephone, or facsimile number(s) or contact information or any other information associated with the Subscriber Information, through reverse skip tracing or otherwise;

    c.    have not contacted or attempted to contact any of the subscribers of the Subscriber Information;

    d.    will not use Subscriber Information for any purpose;

    e.    within 7 days of entry of this Judgment, they will destroy any documents containing or derived from the Subscriber Information (and any copies or backups thereof); and

    f.    will confirm in writing to Defendant's counsel that all such documents have been destroyed.

4. Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**; the putative class claims are **DISMISSED WITHOUT PREJUDICE**.

5. Each party is to bear its own fees and costs.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** at Orlando, Florida on February 28, 2018.

ROY B. DALTON JR.
United States District Judge

3

Copies:	Counsel of Record